12CV880 DWF AJB

RECEIVED BY MAIL
APR 09 2012
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Prentice W Heatley, Plaintiff(s),

vs.

Michelle Smith
Stephen Craane
Keith Krueger
David Paulson
Kathy Reid
Nannette Larson
Jordan Buth and Schantzen

Defendant(s).

Case No.

**MOTION TO/FOR**

Appointment of Counsel

The following party/parties: Plaintiff, Prentice W Heatley

in the above-named case hereby move(s) the United States District Court, District of Minnesota

for an Order to: Appoint Counsel

SCANNED APR - 9 2012 U.S. DISTRICT COURT MPLS

because:

1.

   *See Attached*

2.

Said motion is based upon the attached Memorandum of Law,

and all of the files, records, and proceedings herein.

Signed this *March* day of *26*, *2012*.

Signature of Party  *Prentice Wheatley*

Mailing Address  *5329 Osgood Ave N.*
*Stillwater MN 55082*

Telephone Number

Note:  All parties filing the motion must date and sign the Motion and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.  The motion must be served on each party, together with the notice of hearing, and any memorandum of law and accompanying documents.

## MOTION FOR APPOINTMENT OF COUNSEL

*Plaintiff, Prentice Wheatley, pursuant to 1915 request this Court to appoint counsel to represent him in this case for the following reasons,*

1.) The plaintiff is unable to afford counsel.

2.) The issues involved in this case are complex.

3.) The plaintiffs, as a segregation inmate, has extremely limited access to the law library.

4.) The plaintiff has limited knowledge of the law.

Date: 3/26/12

Name: Prentice Wheatley

Address: 5329 Osgood Ave N.
Stillwater Mn. 55082