UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Prentice Wheatley,                                           Civil No. 12-880 (DWF/AJB)

            Plaintiff,

v.                                                 **ORDER ADOPTING REPORT**
                                                    **AND RECOMMENDATION**

Michelle Smith, Stephen Craane,
Keith Krueger, David Paulson,
Nanette Larson, Kathy Reid, Scott
Schantzen, and Jordan Buth,

            Defendants.

The above matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan dated October 25, 2012.  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

       **IT IS HEREBY ORDERED** that:

       1.      Magistrate Judge Arthur J. Boylan's October 25, 2012 Report and Recommendation, (Doc. No. [68]), is **ADOPTED.**

      2.      Plaintiff Prentice Wheatley's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. [16]) is **DENIED**.

Dated:  November 27, 2012      s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge